UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN MORAN-GOMEZ, | CASE NO. 2:26-cv-02261-LK |
| Plaintiff, | ORDER DENYING SECOND |
| v. | EMERGENCY MOTION |
| WARDEN, NORTHWEST ICE PROCESSING CENTER, | |
| Defendant. | |

This matter comes before the Court on pro se Petitioner Juan Moran-Gomez's Second Emergency Motion to Designate Heather Hunt Moran as Legal Mail Recipient and Legal Contact. Dkt. No. 12. As the Court previously ordered, the Court does not allow Ms. Moran, Petitioner's wife, to engage in the unauthorized practice of law or to receive service on Mr. Moran-Gomez's behalf. Dkt. No. 7 at 3–4. To the extent that Mr. Moran-Gomez's seeks reconsideration of the Court's prior order, the request is denied. LCR 7(h).

Mr. Moran-Gomez also requests that the Court order that "courtesy copies of court orders, notices, and other legal correspondence be provided to Heather Hunt Moran in addition to service

ORDER DENYING SECOND EMERGENCY MOTION - 1

upon [him]," because he has "limited access to legal resources, delayed incoming and outgoing legal mail, and restricted communications while detained." Dkt. No. 12 at 1–2. However, as with his first motion, Dkt. No. 5, Mr. Moran-Gomez has not supported his assertion of delays with any specifics. He signed this second motion on July 8, 2026, Dkt. No. 12 at 2, before Respondents filed their response to his petition on July 13, 2026, so he could not be referring to any delay in receiving that response, Dkt. No. 9. In addition, the Court has already extended Mr. Moran-Gomez's reply deadline and enlarged the government's notice period because Mr. Moran-Gomez "is unrepresented and filing and receiving materials by mail[.]" Dkt. No. 7 at 4–5. At this point, there is nothing left for him to receive other than a final order, once the Court issues one.

Accordingly, the Court DENIES the second emergency motion. Dkt. No. 12.

Dated this 17th day of July, 2026.

Lauren King
Lauren King
United States District Judge

ORDER DENYING SECOND EMERGENCY MOTION - 2